Robert C. Hilliard
Kimberly L. Beck
HILLIARD MARTINEZ GONZALES L.L.P.
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
bobh@hmglawfirm.com
kbeck@hmglawfirm.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to: Roxana Leal, Plaintiff, v. Monsanto Company, Defendant. | Case No. 3:16-md-2741-VC Individual Case No. 20-930 |

### SHORT FORM COMPLAINT WITH JURY DEMAND

Plaintiff, **Roxana Leal**, hereby files this Short Form Complaint, pursuant to Pretrial Order No. 155, and in support of this Complaint states as follows:

(i) Residence of the Plaintiff at the time of filing: **Miami, Florida**

(ii) Residence of Plaintiff at the time of the diagnosis of the injury: **Miami, Florida**

(iii) Place of Plaintiff's exposure to GBHs: **California**

(iv) Dates of Plaintiff's exposure to GBHs: **1993-1994**

(v) State where Plaintiff received treatment for cancer: **Florida**

(vi) Federal court where action was originally filed: **District of Delaware**

- 2 -

In addition to the allegations set forth above, Plaintiff **Roxana Leal**, incorporates by reference her original complaint and re-alleges as if rewritten here in full, every allegation, Count, and prayer for relief.

A copy of Pretrial Order 155 is attached hereto as Exhibit A.

### JURY TRIAL DEMANDED

Plaintiff demands a jury trial on all issues so triable.

Date:   2/7/2020

Respectfully submitted:

*s/ Robert C. Hilliard*
Robert C. Hilliard
Kimberly L. Beck
HILLIARD MARTINEZ GONZALEZ L.L.P.
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
bobh@hmglawfirm.com
kbeck@hmglawfirm.com

*Attorneys for Plaintiff*